NUMBER 13-07-403-CV



COURT OF APPEALS



THIRTEENTH DISTRICT OF TEXAS



CORPUS CHRISTI - EDINBURG 


_____________________________________________________ _ _


IN THE INTEREST OF J.H., J.C.H., C.H., A.H., 


C.H., C.G., AND C.G., CHILDREN


____________________________________________________ ___ 


On appeal from County Court at Law No. 5


of Nueces County, Texas.


__________________________________________________ ___ __ _


MEMORANDUM OPINION


 

Before Justices Rodriguez, Garza, and Vela


Memorandum Opinion Per Curiam


 Appellants, Christian Heltz, Barbara Simpkinson, and Henry Simpkinson, 
perfected an appeal from a judgment entered by County Court at Law No. 5 of Nueces 
County, Texas, in cause number 06-62713-5. After the notice of appeal was filed,
appellants filed a motion to dismiss appeal. In the motion, appellants state that they
no longer wish to prosecute or proceed with the pending appeal. Appellants request
that this Court dismiss the appeal.

 The Court, having considered the documents on file and appellants' motion to
dismiss appeal, is of the opinion that the motion should be granted. Appellants'
motion to dismiss appeal is granted, and the appeal is hereby DISMISSED.

 PER CURIAM

Memorandum Opinion delivered and filed

this the 27th day of September, 2007.